UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MEDICINE TO GO PHARMACIES, INC., on behalf of plaintiff and the class members defined herein,<br><br>Plaintiff,<br><br>v.<br><br>MACOVEN PHARMACEUTICALS, LLC, PERNIX THERAPEUTICS HOLDINGS, INC., and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No. 2:16-cv-07717 (CCC)(MF)<br><br>**REVISED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court for a Revised Scheduling Order amending the Court's Initial Scheduling Order (DE 15), and for good cause shown:

IT IS on this **24** day of August, 2017

**ORDERED THAT** the Initial Scheduling Order is revised as follows:

1. The Court will conduct an in-person settlement conference **on October 3, 2017 at 10:30 a.m.**

2. Fact discovery is to remain open through **November 15, 2017**;

3. All affirmative expert reports shall be delivered by **December 13, 2017**, with depositions of those experts to be taken and completed within thirty (30) days of receipt of the report.

4. All responding expert reports shall be delivered by **January 13, 2018**, with depositions of those experts to be taken and completed within thirty (30) days of receipt of the report.

5. Any motions for class certification shall be filed by **March 26, 2018**.

All other deadlines and provisions in the Court's Initial Scheduling Order (DE 15) not addressed above remain unchanged.

Hon. Mark Falk, U.S.M.J.