# EXHIBIT D



| Remittance Section | |
|---|---|
| Account Number: | 3461 |
| Invoice Number: | 19815 |
| Invoice Date: | 12/31/2013 |
| Payment Due Date: | UPON RECEIPT |
| Current Month Charges | $ 1,542.93 |
| Prior Month Balance | - |
| Payments Received/Credits | $ - |
| Total Amount Due | $ 1,542.93 |

Please make check payable to: Odyssey Services Inc.

Pernix Therapeutics
135 Industrial Blvd.
Madison, MS  39110
ATTN: Mark Schoknecht
mschoknecht@pernixtx.com

Please remit payment in $US

**Odyssey Services Inc.**
**106 Apple St., Suite 221**
**Tinton Falls, NJ  07724**

Please return the above portion with your payment

## Summary of Charges

| Traffic Based Charges | | |
|---|---|---|
| Fax Broadcast | $ | 1,530.52 |
| **Campaign Email** | | - |
| E-Mail Broadcast | | - |
| Inbound Fax | | - |
| SMS Usage | | - |
| SMS Monthly Minimum | | - |
| SMS Inbound | | - |
| Voice Broadcast | | - |
| **Total Traffic Based Charges** | $ | 1,530.52 |
| **Non-Traffic Based Charges** | | |
| SMS Setup Fee | | |
| Job Launch | | |
| Inbound Fax Mailbox | | |
| Opt-Out Requests | | 4.90 |
| Subscription Management | | |
| Account Setup Fee | | |
| Monthly Minimum | | |
| **Total Non-Traffic Based Charges** | $ | 4.90 |
| State and Local Taxes | | 7.51 |
| **Current Month Charges** | $ | 1,542.93 |

| | | |
|---|---|---|
| Prior Month Balance | | - |
| Payments Received as of Invoice Date | | - |
| **Prior Month Balance Forward** | $ | - |

| | | |
|---|---|---|
| **Cumulative Account Balance** | $ | 1,542.93 |

## Important Service Notice: Effective July 1, 2013
## All Accounts are Subject to a $50 Minimum Charge

For Billing Questions, please call
888-661-9823, or your Odyssey Services Sales Representative
https://www.odysseyservices.net/

3461-2013-12_summary

| Job Number | Job Date | TID | JobType | Type | Total Items | Billable Items | Amount |
|---|---|---|---|---|---|---|---|
| 22510786 | 12/2/2013 15:20 | PTX Fax ? 12/3/13 | | F | 2 | 2 | $0.10 |
| 22511074 | 12/3/2013 13:48 | PTX Fax ? 12/3/13 | | F | 23202 | 18852 | $1,530.42 |
| Total | | | | | | | $1,530.52 |