# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MEDICINE TO GO PHARMACIES, INC., on behalf of plaintiff and the class members defined herein,<br>Plaintiff,<br><br>vs.<br><br>MACOVEN PHARMACEUTICALS, LLC, PERNIX THERAPEUTICS HOLDINGS, INC. and JOHN DOES 1-10,<br>Defendants/Third-Party Plaintiffs.<br><br>vs.<br><br>ODYSSEY SERVICES, INC.,<br>Third-Party Defendant. | Case 2:16-cv-07717-CCC-MF<br><br><br><br><br><br>**SECOND REVISED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court at a settlement conference with counsel for all parties present on October 26, 2017, and counsel having consented to the form and entry of this Second Revised Scheduling Order amending the Initial Scheduling Order (DE15) and the Revised Scheduling Order (DE34), and for good cause shown:

**IT IS on this __14__ day of November, 2017**

**ORDERED THAT** the Court's Initial Scheduling Order (DE15) and the Revised Scheduling Order (DE34) are revised as follows:

1. Fact discovery is to remain open through **December 29, 2017.**

2.  All affirmative expert reports shall be delivered by **January 31, 2018,** with depositions of those experts to be taken and completed within thirty (30) days of receipt of the report.

3.  All responding expert reports shall be delivered by **March 2, 2018,** with depositions of those experts to be taken and completed within thirty (30) days of receipt of the report.

4.  Any motions for class certification shall be filed by **April 13, 2018.**

5.  All other deadlines and provisions in the Court's Initial Scheduling Order (DE 15) and the Revised Scheduling Order (DE34) not addressed above remain unchanged.

_____
HON. MARK FALK, U.S.M.J.