UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MEDICINE TO GO PHARMACIES, INC., on behalf of plaintiff and the class members defined herein,<br><br>        Plaintiff,<br><br>v.<br><br>MACOVEN PHARMACEUTICALS, LLC, PERNIX THERAPEUTICS HOLDINGS, INC., and JOHN DOES 1-10,<br><br>        Defendants. | Civil Action No. 2:16-cv-07717 (CCC)(MF)<br><br>**SCHEDULING ORDER #3** |

THIS MATTER having come before the Court for a Settlement Conference on October 26, 2017, and the Court having requested an amended Scheduling Order, and for good cause shown:

IT IS on this __27__ day of November, 2017 ORDERED as follows:

    1.    Fact discovery is to remain open through [~~January ██, 2018~~/February 28, 2018];

    3.    All affirmative expert reports shall be delivered by [~~████████~~, ~~2██7~~/March 31, 2018], with depositions of those experts to be taken and completed within thirty (30) days of receipt of the report.

    4.    All responding expert reports shall be delivered by [~~████ ██, 2018~~/April 30, 2018], with depositions of those experts to be taken and completed within thirty (30) days of receipt of the report.

    5.    Any motions for class certification shall be filed by [~~April ██, 2018~~/May 31, 2018].

All other deadlines and provisions in the Court's prior Scheduling Orders (DE 15 and DE 34) not addressed above remain unchanged.

/s/ Mark Falk
_____
Hon. Mark Falk, U.S.M.J.