# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MEDICINE TO GO PHARMACIES, INC., on behalf of plaintiff and the class members defined herein,<br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>MACOVEN PHARMACEUTICALS, LLC, PERNIX THERAPEUTICS HOLDINGS, INC. and JOHN DOES 1-10,<br>　　Defendants/Third-Party Plaintiffs.<br><br>vs.<br><br>ODYSSEY SERVICES, INC.,<br>　　　　　Third-Party Defendant. | Case No.: 2:16-cv-07717-CCC-MF<br><br><br><br>**FOURTH REVISED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court on Plaintiff's application for a Fourth Revised Scheduling Order amending the Initial Scheduling Order (DE15) and the Revised Scheduling Order (DE55), and for good cause shown:

**IT IS** on this ___6___ day of **March, 2018**

**ORDERED THAT** the Court's Initial Scheduling Order (DE15) and the Revised Scheduling Order (DE34) are revised as follows:

　　1.　Fact discovery is extended through **March 30, 2018**, for the limited purpose of permitting Plaintiff leave to take the deposition of Third-Party Defendant, Odyssey Services, Inc.

2. All other deadlines and provisions in the Court's Initial Scheduling Order (DE 15) and the Revised Scheduling Order (DE5) not addressed above remain unchanged.

_____
HON. MARK FALK, U.S.M.J.