# Buchanan Ingersoll & Rooney PC

**Christopher J. Dalton**
973 424 5614
christopher.dalton@bipc.com

550 Broad Street, Suite 810
Newark, NJ  07102-4582
T 973 273 9800
F 973 273 9430

December 10, 2018

<u>**Via ECF**</u>
Hon. Mark Falk, U.S.M.J.
United States District Court
For The District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

   Re: <u>Medicine To Go Pharmacies, Inc. v. Macoven Pharmaceuticals, LLC, et al</u>
     Civil Action No. 16-07717
     *Request to Delay Implementation of Class Action Settlement*

Dear Judge Falk:

  This firm represents Defendants Pernix Therapeutics Holdings, Inc. (Pernix) and its wholly-owned subsidiary Macoven Pharmaceuticals, LLC (Macoven) in this matter.  I write further to my correspondence of November 19, 2018 (DE 81).

  Unfortunately, Pernix remains in a severe liquidity crisis, and will not presently be able to implement the settlement.  I have conferred with Class Counsel, who have agreed to a further thirty (30) day stay of implementation of the settlement in this matter.  Pernix has agreed, in the interim, to begin making deposits to the Qualified Settlement Fund in the amount of $5,000 per week after January 1, 2019.  We therefore ask that the Court extend the stay of implementation until January 10, 2019, at which time we will advise the Court of Pernix's fiscal condition.

  If this is acceptable, we ask that the court so order.

          Respectfully,

          *s/ Christopher J. Dalton*

          Christopher J. Dalton